580

[No. 6-39878-1.     Division One.     May 4, 1970.]
Panel 1

GRAYCE EDITH LaPEIRE et al., Appellants v. LAWRENCE H.
TARTE et al., Respondents.

Leonard W. Schroeter and Dean Bender, for appellants.

Williams, Lanza, Kastner & Gibbs and Joseph J. Lanza,
for respondents.

PER CURIAM.—In view of the ruling of the Supreme
Court upon review of our decision in this cause reported in
1 Wn. App. 519, 462 P.2d 976 (1969), and in view of the
unanticipated ruling of Yellam v. Woerner, 77 W.D.2d 611,
464 P.2d 947 (1970), we reverse the trial court's order of
dismissal and remand the case for further proceedings.